UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Radius Machine & Tool, Inc., | ) | Case No. 14-16298 |
| Debtor. | ) | Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:  ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on March 10, 2015 at 10:00am or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Donald R. Cassling**, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 619 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any Judge who may be sitting in his stead, and then and there present the attached application, at which time and place you may appear, if you so see fit.

BY:/s/ E. Philip Groben
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL  60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK   )

E. Philip Groben, being first duly sworn on oath, deposes and states that he served copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown above, by either service through CM/ECF, USPS First Class Mail, or facsimile transmission on March 3, 2015                 BY:/s/ E. Philip Groben

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Radius Machine & Tool, Inc., | ) | Case No. 14-16298 |
| Debtor. | ) | Judge Donald R. Cassling |

### MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE DONALD R. CASSLING, BANKRUPTCY JUDGE

    Now Comes Radius Machine & Tool, Inc., Debtor herein, and respectfully represents unto this Honorable Court as follows:

    1.    That on April 30, 2014 the above named Debtor filed the above-captioned Chapter 11 petition.

    2.    That this Honorable Court entered an Order confirming Debtor's Amended Plan of Reorganization on December 9, 2015.

    3.    That the Debtor has made the initial distributions due under the Amended Plan of Reorganization. Attached hereto as **Exhibit A** is a list of said distributions.

    4.    That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

    WHEREFORE, Radius Machine & Tool, Inc., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court may deem proper.

                                                                                      Respectfully submitted,

| | |
|---|---|
| Joseph E. Cohen | |
| Gina B. Krol | Radius Machine & Tool, Inc., |
| E. Philip Groben | Debtor-In-Possession. |
| COHEN & KROL | |
| 105 West Madison St., Ste. 1100 | By: /s/ E. Philip Groben |
| Chicago, IL 60602 | One of its Attorneys |

```
Label Matrix for local noticing            American Chartered Bank                    Commonwealth Edison Company
0752-1                                      c/o Meltzer, Purtill & Stelle LLC          Bankruptcy Department
Case 14-16298                               300 S. Wacker Drive                        3 Lincoln Center
Northern District of Illinois               Suite 3500                                 Oakbrook Terrace, IL 60181-4204
Chicago                                     Chicago, IL 60606-6704
Mon Mar  2 22:05:24 CST 2015

Radius Machine & Tool, Inc.                 U.S. Bankruptcy Court                      American Chartered Bank
4290 Lee Ave.                               Eastern Division                           1199 E Higgins Rd
Gurnee, IL 60031-2164                       219 S Dearborn                             Schaumburg, IL 60173-4711
                                            7th Floor
                                            Chicago, IL 60604-1702


American Chartered Bank                     American Chartered Bank                    Amerigas
20 N. Martingale Rd., Ste 600               c/o Meltzer, Purtill & Stelle LLC          522 S. Vermont St.
Schaumburg, IL 60173-2416                   300 S. Wacker Drive, #3500                 Palatine, IL 60067-6948
                                            Chicago, IL 60606
                                            Attn: Jordan M. Litwin


(p)INTERNAL REVENUE SERVICE                 First Bank Card                            First Equity Card
CENTRALIZED INSOLVENCY OPERATIONS           PO Bank 2814                               PO Box 23029
PO BOX 7346                                 Omaha, NE 68103-2814                       Columbus, GA 31902-3029
PHILADELPHIA PA 19101-7346



GE Capital Retail Bank                      Hypertherm Inc.                            Illinois Department of Employment Security
c/o Recovery Management Systems Corp        309 5th Ave. NW                            33 South State Street
25 SE 2nd Ave Suite 1120                    Saint Paul, MN 55112-3239                  Chicago, Illinois 60603-2808
Miami FL 33131-1605                                                                    Attn: Bankruptcy Unit, 10th flr.


(p)ILLINOIS DEPARTMENT OF REVENUE           Illinois Dept of Employment Securit        Illinois State Toll Highway
BANKRUPTCY DEPARTMENT                       332 S State St. 10th Floor                 1990 E. Algonquin Rd.
P O BOX 64338                               Chicago, IL 60604                          Schaumburg, IL 60173-4173
CHICAGO IL 60664-0338



JD Plating                                  James Fischer                              James Fisher
1424 12th St.                               1774 N. Highway F                          1774 B County Highway F
Waukegan, IL 60085-7693                     Birchwood, WI 54817-3024                   Birchwood, WI  54817



Liebovich Steel & Aluminum                  MCMaster Carr Supply                       Mazak Corporation Midwest
2116 Preston St.                            PO Box 7690                                PO Box 702300
Rockford, IL 61102-1897                     Chicago, IL 60680-7690                     Cincinnati, OH 45270-2300



Midamerica Orthopaedics                     National International Roofing Corp        Norstates Bank
75 Remittance Dr. Ste 6035                  11317 Smith Dr.                            216 W Madison St
Chicago, IL 60675-6035                      Huntley, IL 60142-9640                     Waukegan,  Il 60085-8105



People's Energy                             Rhino Board                                Sams Club
PO Box 0                                    2711 Karsten Ct. SE                        PO Box 530981
Chicago, IL 60690                           Albuquerque, NM 87102-5068                 Atlanta, GA 30353-0981
```

| | | |
|---|---|---|
| Sprint<br>PO Box 8077<br>London, KY 40742-8077 | Steven Fischer<br>4290 Lee Ave<br>Gurnee, IL 60031-2141 | Travers Tool Co. Inc.<br>PO Box 36114<br>Newark, NJ 07188-6106 |
| W.W. Grainger Inc.<br>Attn: Special Collections Dept.<br>MES17801603960<br>7300 N. Melvina<br>Niles, IL 60714-3906 | WW Grainger<br>Dept. 136<br>Palatine, IL 60038-0001 | Waterjet Cutting Inc<br>d/b/a Rhino Board<br>2711 Karsten Court SE<br>Albuquerque, NM 87102-5068 |
| E. Philip Groben<br>Cohen and Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602-4600 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Gina B. Krol<br>Cohen and Krol<br>105 W Madison St, Suite 1100<br>Chicago, IL 60602-4600 |
| James Fischer<br>1774 N. County Road F<br>Birchwood, WI 54817-3024 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dept. of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Illinois Department of Revenue<br>Bankruptcy Division<br>100 W. Randolph Street<br>Chicago, IL 60601 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GE Capital Retail Bank | (u)Liebovich Steel & Aluminum | (u)Waterjet Cutting Inc d/b/a Rhino Board |
| (u)Steven A Dax | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |