# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-16298 |
| Radius Machine & Tool, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

This matter having come before the Court on the Motion of the above captioned Chapter 11 Debtor for the entry of a Final Decree, the estate having been fully administered and the payments required by the Debtor's Confirmed Amended Chapter11 Plan of Reorganization have been substantially completed,

IT IS HEREBY ORDERED:

1) This Final Decree is entered and the Chapter 11 case of the above-named Debtor is closed.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 10, 2015

**Prepared by:**

E. Philip Groben
COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60602